07CV6283
JUDGE KENNELLY
MAG. JUDGE MASON

A

DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS



FILED
JN NOV X 6 2007
NOV X 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Traci Cannon-Stokes
(Please print)

STREET ADDRESS: 160 North Waller Ave

CITY/STATE/ZIP: Chicago Illinois 60644

PHONE NUMBER: (773) 386-2700

CASE NUMBER: _____

_Traci Cannon-Stokes_          Oct 31, 2007
Signature                       Date