UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
J.N NOV X6 2007
NOV X)6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) TRACI CANNON-Stokes,

V.

Defendant(s) John E. Potter, Postmaster General,
United States Postal Service

Case Number 07CV6283
JUDGE KENNELLY
MAG. JUDGE MASON

Juc _____

### MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, __Traci Lynn Cannon-Stokes__, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item *must* be completed]:

   ① Arthur Ehrlich
   19 South LaSalle
   Chgo IL 60603 (denied)

   ② Cochran, Cherry, Givens
   Smith & Montgomery, LLC
   1 North LaSalle St Ste 2450
   Chgo IL 60602 (denied)

   ③ Kent College of Law
   565 W. Adams
   Chgo IL 60661
   (No Response)

   ④ Senator Barack Obama
   230 S Dearborn
   Chgo IL 60604
   (Stated it was a conflict of interest)

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

__Traci Lynn Cannon-Stokes__
Movant's Signature

__November 2, 2007__
Date

__160 North Waller Ave__
Street Address

__Chicago, Illinois 60644__
City, State, ZIP