# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6283 | **DATE** | 11/27/2007 |
| **CASE TITLE** | Cannon-Stokes vs. Potter | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to proceed *in forma pauperis* is denied. Based on the financial affidavit filed by plaintiff, she is gainfully employed making over $45,000 per year and receives other income of $1,400 per month. Though plaintiff has significant expenses, the Court cannot conclude that plaintiff is unable to pay the filing fee. Unless plaintiff pays the filing fee on or before 12/31/07, the Court will dismiss her case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|