# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

**FILED**

DEC 2 7 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Traci Cannon-Stokes | ) |
| Plaintiff | ) |
| v. | ) |
| | ) |
| John E. Potter, | ) |
| Postmaster General USPS | ) |
| Defendant | |

CASE NUMBER 07 C 6283

Judge Matthew F. Kennelly

## MOTION FOR RECONSIDERATION

Comes now Plaintiff , Traci Cannon-Stokes and moves the court for reconsideration of its order of November 27th 2007 for the following reasons:

1) Judge Kennelly stated in order that plaintiff is gainfully employed making over $45,000 per year and receiving other incomes of $1400 per month.

2) It will be more likely for the truth to surface, if plaintiff and defendant were represented on an "even playing field" with professional counsel.

3) Plaintiff was previously approved by this court and the U S Supreme court to proceed in forma pauperis in prior case.

The issue is whether the court understood plaintiff's answers on affidavit resulting in a miscalculation of the amount of " other income of $1400 per month". On the financial affidavit that plaintiff filled out number 3a was the $686 gross reporting reflects a one time retroactive payment pursuant to an across the board

union settlement agreement . Number 3b plaintiff receives $454 monthly for child support for her son, Jeter Stokes Jr. Also sporadic payments of $130.60 for past delinquent payments of child support for her 19yr old daughter Ashley. Plaintiff is a single parent who is struggling to keep her head above water by putting her daughter Ashley A. Cannon through College at Tuskegee University. Enclosed is a copy of what plaintiff paid in the fall and the balance due for the spring which exceeds $6400. Plaintiff's son was accepted in the Junior National Young Leaders Conference but the cost exceeded $1700, in which is not in the budget, so he will not be able to attend. A copy of the acceptance letter is enclosed. Yes, Cannon-Stokes, plaintiff, does have a job making over $45,000 per year. But yet she has two children , one that is in college out of state, that she has to support financially, by providing them with an education, food, clothing, and shelter.

The average billing rate of an attorney starts at $250 per hour. Attorneys will not represent a plaintiff in a civil suit against the USPS on a contingency basis. Attorneys require a deposit of at least $10,000. The USPS have their own law firm and the State's attorney office represent them too. From previous experience with the plaintiff against the USPS the deposit gets absorbed before there is even Discovery. Cannon-Stokes alleges in her pre-complaint that she was retaliated against for filing a civil suit in this same court, 03CV1942. Cannon-Stokes appeal of the USPS Final Agency decision on the EEO complaint in this case sheds more light on the matter. Among this complaint was an affidavit hand written under oath by John Richardson,head of human resource,were he purged himself before this court and EEO by contradicting himself in an extensive deposition under oath by plaintiff's former attorney. The plaintiff feels that because of the nature and crucial facts and complexities of her EEO case and due to the agency's on going chaos, it will be more likely for the truth to surface, if the plaintiff who earns a five digit income and the defendant, who ended the year with

a net income of $1.6 billion, were represented on an "even playing field" with professional counsel.

Plaintiff would lastly like to make mention to the court that her motion for in forma pauperis was granted in this same district court less than 2 years ago and also later in the U S Supreme Court. Plaintiff's income status has not drastically increased other than the contractual increase and cost of living raises.

The decision for Cannon-Stokes to proceed in forma pauperis lies within the broad discretion of this court .Plaintiff prays that the courts reconsider her motion to go forward in forma pauperis with an appointment of adequate counsel.

Dated this 20th day of December,2007

Respectfully submitted,

Traci Cannon-Stokes

160 N. Waller Ave

Chicago ,Illinois 60644

773-386-2700

## PROOF OF SERVICE

I ,Traci Cannon-Stokes, Plaintiff ,state that I served this notice by mailing a copy to the defendant, John H. Potter, postmaster general, in mail receptacle room at 219 S. Dearborn with prepaid postage.

3

Tuskegee University
Registration Statement
12/07/07        11:43AM                                    ID #: 0630931

To: Ms. Ashley A. Cannon
108 Lindsey Drive
Eufaula, Al 36027

| Description | Amount |
|---|---|
| Balance Forward (01/09/08) | 0.00 |
| Current Charges | 10,372.50 |
| **TOTAL CHARGES** | 10,372.50 |
| Cash, Check & Credit Card Payments | 0.00 |
| Amounts Paid by Sponsors | 0.00 |
| Amounts Paid by Deposits | 0.00 |
| Amounts Currently Deferred on Payment Plans | 0.00 |
| Other Payments | 0.00 |
| **TOTAL AMOUNT DUE FROM STUDENT** | 6,467.50 |

**EXPLANATION OF CHARGES**

| Date | Invoice # | Code | Description | Charges |
|---|---|---|---|---|
| CURRENT CHARGES (01/09/08 through 05/09/08) | | | | |
| Current Registration Charges | | | Registration - 08/SP | |
| 11/28/07 0003672371 | | CMP | TECHNOLOGY FEE | 150.00 |
| | | CRD | ID Activation Fee | 30.00 |
| | | RTC | Army ROTC Leadership Lab Fee | 37.50 |
| | | TUF | Tuition Undergraduate Fulltime | 6,760.00 |
| total Current Registration Charges | | | | 6,977.50 |
| Current Other Charges | | | | |
| 11/28/07 000369341 | | RBR | ADAM 0226 Room AND Board | 3,395.00 |
| total Current Other Charges | | | | 3,395.00 |
| **TOTAL CURRENT CHARGES** | | | | 10,372.50 |

**FINANCIAL AID INFORMATION**

| Award Description | Award Period | Act | Remaining Amount |
|---|---|---|---|
| FEDERAL PELL GRANT | 08/SP | A | 2,155.00 |

0



# Tuskegee University

### Office of the Vice President for Business and Fiscal Affairs

.;Tuskegee University                                                                     800-848-9

2

Location: 001                Tuskegee Institute, AL

Receipt: 000129053

Received From:   Cashier's Ck                                    Date of Receipt
                                                                 08/06/07


Payment For    Ms. Ashley A. Cannon              07/FA        4,600.00

Check                  152250            4,600.00
                                     -------------------
Total:                                   4,600.00

*This is your official receipt*



November 14, 2007

Mr. Jeter Stokes
160 S Waller Avenue
Chicago, Illinois 60644

Dear Jeter,

     Congratulations! As a result of your outstanding academic
achievements and demonstrated leadership potential, you have been
selected to represent Depriest Elementary School and the state of
Illinois at the Junior National Young Leaders Conference (JrNYLC) to
be held in Washington, D.C this spring 2008.

     You were nominated by your teacher, Dr. Diane Simpson, who
recognized you as an outstanding individual who has achieved academic
excellence and possesses strong leadership potential.

     When you accept your nomination to become a Junior National
Scholar, you will join a select group of middle school students from
around the country for the educational experience of a lifetime.
Together with these other high-achieving students, you will take part in
an event that will help shape your future and introduce you to American
leadership and history as you have never experienced it before.

     Among the numerous benefits of attending JrNYLC is the experience
of discovering how to enhance the essential leadership skills that you
already possess and, more importantly, learning how to apply those
skills immediately upon your return home.

     You will travel to Washington, D.C. and explore the many museums
and monuments our capital city has to offer, explore historic Harpers
Ferry, W.Va., a pivotal location in the development of our country and
even attend a sleepover in the interactive Maryland Science Center,
which will ignite your imagination, inspire learning and provide lots
of fun too.  You will experience the National Portrait Gallery American
Presidents Exhibit; explore the Lincoln, Vietnam Veterans and Korean
War Veterans Memorials and receive a VIP view of this historic city.

     At JrNYLC, you will have the opportunity to meet and learn from
some of today's leaders, and you will be motivated and inspired by the
stories of high-achievers from the past.  As you discover the
important role of leadership throughout history, you will further