## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6283 | **DATE** | 1/25/2008 |
| **CASE TITLE** | Cannon-Stokes vs. Potter | | |

**DOCKET ENTRY TEXT**

In view of the clarification of her financial affidavit provided in plaintiff's motion for reconsideration, the Court grants the motion [7] and also grants plaintiff leave to proceed *in forma pauperis*. The Court denies, without prejudice, plaintiff's motion for appointment of counsel [5], because plaintiff has not yet shown that she has made sufficient efforts to attempt to find counsel on her own. The Marshal is appointed to serve the defendant with summons and the complaint. Plaintiff is directed to cooperate with the Marshal as requested in effectuating service of process. The case is set for a status hearing on 3/31/08 at 9:30 a.m. in Judge Kennelly's courtroom (Room 2103). If plaintiff fails to appear at that time, the case may be dismissed for want of prosecution.

Docketing to mail notices.

| | Courtroom Deputy | mk |
|---|---|---|