BR

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Cannon-Stokes | 07C6283 |
| DEFENDANT | TYPE OF PROCESS |
| John E. Potter Postmaster | S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

United States Postal Service

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 244 Knollwood, Drive 2nd. Flr., Bloomingdale, IL 60117

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Traci Cannon-Stokes
160 N. Waller
Chicago, IL 60644

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
Feb 19, 2008
FEB 1 9 2008 YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER  DATE 01-28-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1 of 3
District of Origin No. 24
District to Serve No. 24
Signature of Authorized USMS Deputy or Clerk: TD
Date: 01-28-08

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Rosa Jones  Paralegal  USPS

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
222 Riverside    USPS Legal Dept.
Chicago IL 60606

Date of Service: 2/1/08
Time: 1225 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 240.00 | 44.14 | 0 | 284.14 | 0 | 284.14 | 0 |

REMARKS:
1/29/08 6a.j Chilton at 244 Knollwood, Bloomingdale, IL advises that USPS Chicago Law Dept.
4:00 pm  at Main Post Office accepts process. 1/31/08 2pm Endeavor Main Post Office 3 hr. 90 miles RT
refered to 222 South Riverside, Chicago, IL  312-669-5663  372-8347  1hr.
2/1/08 222 Riverside, Chicago, IL                               1 mile 1hr.

PRIOR EDITIONS MAY BE USED      1. CLERK OF THE COURT      FORM USM-285 (Rev. 12/15/80)