UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRACI CANNON-STOKES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 6283 |
| v. | ) | |
| | ) | |
| JOHN E. POTTER, UNITED STATES POSTAL SERVICE, | ) | Judge Kennelly |
| | ) | |
| Defendant. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Samuel B. Cole
    SAMUEL B. COLE
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4258
    Samuel.Cole@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**ATTORNEY DESIGNATION**

were served on February 21, 2008 pursuant to the district court's ECF system.

>
> s/ Samuel B. Cole
> SAMUEL B. COLE
> Assistant United States Attorney
> 219 South Dearborn Street
> Chicago, Illinois 60604
> (312) 353-4258