MHN

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Plaintiff(s) Traci Cannon Stokes

v.

Defendant(s) Potter

FILED
JN
MAR 31 2008
3-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 07 c 6283

Judge: Matthew F Kennelly

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, **TRACI Cannon-Stokes**, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Traci Cannon-Stokes_
Movant's Signature

March 31, 2008
Date

160 north Waller Ave
Street Address

Chgo IL 60644
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

# KALO
## KARAVIDAS & ARGIONIS
## LAW OFFICES LLP

Theodore G. Karavidas
George G. Argionis
　Ann L. Berdahl

*of counsel*
Robert O. Kuehn
William R. Kuehn
Joseph J. Spingola
Terrance A. Vaisvilas, M.D.

180 N. LaSalle Street
Suite 2105
Chicago, Illinois 60601
Tel 312.782.4545
Fax 312.782.4540
www.karavidaslaw.com

February 28, 2008

**CERTIFIED MAIL/RETURN RECEIPT
REQUESTED & FIRST CLASS U.S. MAIL**

Traci Cannon-Stokes
160 North Waller Avenue
Chicago, IL 60644

Dear Ms Cannon-Stokes:

　　After consideration of your potential claims, I have determined that we will not accept professional responsibility for any such claims. In other words, we are rejecting the opportunity to act as your attorneys regarding these matters.
　　I do not make any representation regarding the likelihood of success that your claims may have if brought, nor am I expressing any opinion on the merits of your case. Other lawyers may indeed think that your case warrants their professional involvement. Therefore, if you wish to pursue these claims, I suggest that you retain other counsel at your earliest opportunity so as to preserve all of your claims. Bear in mind that you should act immediately so as to comply with all applicable statutes of limitations. The passage of time may be detrimental to your case. The failure to file a claim prior to the expiration of an applicable statute of limitations will likely result in your claims being barred forever.

Very truly yours,

*/s/ Ted Karavidas*

Theodore G. Karavidas

TGK:dmp

# O'Malley & Madden, P.C.

542 S. Dearborn Street  Suite 660  Chicago  Illinois 60605
Phone 312.697.1382  Facsimile 312.697.1384

*Attorneys & Counselors at Law*



February 21, 2008

Ms. Traci Cannon-Stokes
160 North Waller Avenue
Chicago, Illinois 60644

Via U.S. Mail

   Re: *USPS Employment Issue*

Dear Ms Cannon-Stokes:

   Thank you for your letter regarding your employment issue with the United States Postal Service. However, we are unable to assist you with this matter.

   Please keep in mind that currently we do not represent you in your claims and that attorney/client representation cannot be created with our office in the absence of a signed agreement. Limitations periods and deadlines exist for all legal claims and you should act without delay if you believe you want to proceed with legal action.

   We wish you the best of luck in the future.

                                  Sincerely,
                                  O'Malley & Madden, P.C.

                                  Jacob Shorr



200 South Michigan Avenue  Suite 1240  Chicago, IL 60604  (312) 602-2233  Fax (866) 473-0421  Email bn@netzkylaw.com  www.netzkylaw.com

February 18, 2008

Ms. Traci Cannon-Stokes
160 N. Waller Ave.
Chicago, Illinois 60644

Dear Ms. Cannon-Stokes:

    I am writing in reference to your letter in which you sought representation. I regret to inform you that I will be unable to represent you. This refusal should not be taken as a reflection on the merits of your claim. I encourage you to seek other counsel regarding these matters.

Very truly yours,

Benjamin A. Netzky

# FISHER & PHILLIPS LLP
### ATTORNEYS AT LAW

www.laborlawyers.com

**Atlanta**
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, GA 30326-1125
(404) 231-1400 Tel
(404) 240-4249 Fax

March 21, 2008

Traci Cannon-Stokes
160 North Waller Ave.
Chicago, IL 60644

    I am returning herewith your unsolicited materials dated March 13, 2008, addressed to our Fisher & Phillips LLP Chicago office.

    No Fisher & Phillips attorney has read your letter beyond the extent necessary to determine that it contained unsolicited information and that you are not a present or former Fisher & Phillips client.

    Fisher & Phillips represents only employers in labor and employment matters, so we are not able to provide you any advice or representation, and your materials will not be further reviewed by any Fisher & Phillips attorney. Our decision not to represent you has no bearing on the merits of your case. Indeed, we have no opinion about the merits because we have read only portions of your letter and have not read any of the enclosures.

    Please be aware that claims may be barred if not filed within certain time limits. Therefore, it is important that you contact another attorney for assistance in your case as soon as possible. As a general rule, you may obtain attorney referrals from your state or local Bar Association.

Sincerely,

Craig Avena
Records Supervisor

Enclosures



# Holman & Stefanowicz, LLC
## ATTORNEYS AT LAW

30 S. Wacker Drive, Suite 2425, Chicago, IL 60606
tel 312.258.9700 fax 312.258.9702 web www.HS-attorneys.com

February 25, 2008

**VIA U.S. MAIL**

Traci Cannon-Stokes
160 N. Waller Ave.
Chicago, Illinois 60644

Re:  Your Case No. 07 CV 6283

Dear Ms. Cannon-Stokes:

You recently contacted our firm and requested that we represent you in the above-mentioned lawsuit, which you filed *pro se* in the United States District Court for the Northern District of Illinois. We have had an opportunity to review the case file associated with your case from the Court's online website and appreciate the confidence you have expressed in our firm. The firm, however, decided **not to take professional** responsibility for your case.

In declining to accept your matter, the firm is not expressing an opinion as to the merits of such matter. Therefore, should you wish to retain an attorney I strongly recommend that you contact another attorney immediately.

Thank you for contacting Holman & Stefanowicz, LLC. If you require legal services in the future, I hope you will consider our firm again.

Very Truly Yours,

HOLMAN & STEFANOWICZ, LLC
By:   Tara Beth Davis

# THE ALBERT LAW FIRM, P.C.
### 205 WEST RANDOLPH ST – STE 920
### CHICAGO, ILLINOIS 60606
TEL (312) 263-6590 – FAX (312) 263-2224

JEFFREY A. ALBERT
YOUSEF K. SARANDAH
ZEESHAN S. PERVAIZ

February 18, 2008

Traci Cannon-Stokes
160 North Waller Ave.
Chicago, Illinois 60644

Re:   Your lawsuit

Dear Ms. Cannon Stokes:

Please allow this letter to serve as notice that this firm will **NOT** be able to represent you in the above-referenced matter. You should not take this declination as any expression as to the merits of your case.

If you have not already done so, I recommend that you consult with other counsel regarding this matter immediately. If you should have any questions or concerns please do not hesitate to contact me.

Very truly yours,

Jeffrey A. Albert

# BARNES & THORNBURG LLP

Suite 4400
One North Wacker Drive
Chicago, Illinois 60606-2833 U.S.A.
(312) 357-1313
Fax (312) 759-5646

www.btlaw.com

March 24, 2008

Traci Cannon-Stokes
160 North Waller Avenue
Chicago, Illinois 60644

Re: Legal Representation

Dear Ms. Cannon-Stokes:

Thank you for contacting Barnes & Thornburg LLP. Unfortunately, we have concluded that our firm cannot represent you in this legal matter.

It is our understanding that we do not currently represent you in any other matter. Because we are not representing you on any matter currently, we cannot practically monitor any changes in the law or your circumstances as they might affect the strength of your case. We must, therefore, disclaim any duty to do so.

We do wish to confirm that no attorney-client relationship has been created between our firm and you in connection with this matter and that nothing we have said to you and nothing in this letter is legal advice to you.

If you wish to pursue your matter, you should act promptly to consult with another lawyer. There are generally several deadlines involved in any matter, including yours; and, if you fail to file a suit or take other appropriate action within the applicable deadlines, you may lose permanently some, if not all, of your rights.

We do not believe that we have obtained any information either from or about you that must be considered confidential. If you disagree in any respect with that evaluation, please advise us immediately in writing.

Sincerely yours,

BARNES & THORNBURG LLP

450238v1

Chicago    Elkhart    Fort Wayne    Grand Rapids    Indianapolis    South Bend    Washington, D.C.