UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRACI CANNON STOKES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 6283 |
| v. | ) | |
| | ) | |
| JOHN E. POTTER, Postmaster General, , | ) ) | Judge Kennelly |
| | ) | |
| Defendant. | ) | |

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Please take notice that Assistant United States Attorney Samuel B. Cole is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of that previously designated attorney. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Eric Pruitt
ERIC PRUITT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5496
eric.pruitt@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on April 10, 2008, to the following non-ECF filers:

> Traci Cannon-Stokes
> 160 North Waller Avenue
> Chicago, IL 60644

By: s/Eric Pruitt
ERIC PRUITT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5496
eric.pruitt@usdoj.gov