## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6283 | **DATE** | 4/23/2008 |
| **CASE TITLE** | Cannon-Stokes vs. Potter | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 6/11/2008 at 9:30 AM. Motion for appointment of counsel is granted. Fay Clayton, of Robinson Curley & Clayton, PC 300 South Wacker Drive, Suite 1700, Chicago, IL 60606, 312 663 3100, is appointed as counsel for plaintiff, Traci Cannon-Stokes.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|