UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

Traci Cannon−Stokes
                Plaintiff,

v.                                          Case No.: 1:07−cv−06283
                                              Honorable Matthew F. Kennelly

John E Potter
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 9/3/2008 and continued to 10/29/2008 at 09:30 AM. Plaintiff has leave of court to file an amended complaint by 10/15/2008. 26(a)(1) disclosures are to be made by 10/22/2008. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.